UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-61760-CIV-ZLOCH/ROSENBAUM

HOLLYWOOD GREYHOUND TRACK, INC.,

    Applicant,

v.

UNITE HERE LOCAL 355,

    Respondent.
_____/

## JOINT SCHEDULING REPORT

Pursuant to Fed. R. Civ. P. 26(f) and S.D. Fla. L.R. 16.1B, the parties, by and through their undersigned attorneys, hereby file their Joint Scheduling Report addressing discovery and other pretrial issues.

## RELATED LITIGATION

There is related litigation. The award resulted from arbitration ordered by Judge Seitz in *UNITE HERE Local 355 v. Hollywood Greyhound Track, Inc.*, Case No. 08-61655-CIV-SEITZ/O'SULLIVAN. One of the Employer's employees sued the Union making the same claims of illegality as are made here. The complaint was dismissed by Judge Seitz and an appeal is pending. *Mulhall v. UNITE HERE Local 355*, 08-61766-CIV-SEITZ/O'SULLIVAN.

## I. PROPOSED DISCOVERY PLAN FED. R. CIV. P. 26(f)

**1) Changes In Timing, Form Or Requirements under Rule 26(a), Fed. R. Civ. P.**

The parties propose that the initial disclosures and exchanges set forth in Fed. R. Civ. P. 26(a)(1) shall be made by December 4, 2009.

**2) Subjects on Which Discovery May Be Needed, When Discovery Should Be Completed, And How Discovery Should Be Conducted:**

>The parties agree that no discovery is needed.  The parties' claims - to either vacate or confirm an arbitration award – are to be treated as a motion rather than a complaint.  *See* 9 U.S.C. § 6.

**3) Any issues relating to disclosure or discovery of electronically stored information, including the form or forms in which it should be produced:**

>None.

**4) Any issues relating to claims of privilege or of protection as trial preparation material, including - if the parties agree on a procedure to assert such claims after production - whether to ask the court to include their agreement in an order;**

>None.

**5) Whether Changes Should Be Made In Limitations On Discovery Under The Federal and Local Rules:**

>None.

**6) Other Orders That Should Be Entered By The Court Under Fed. R. Civ. P. 26(c) or 16(b) and (c):**

>The parties agree that there are no other orders that should be entered by the Court under Rules 26(c) or 16(b) or (c) at this time.

**II. REPORT OF THE PARTIES' CONFERENCE PURSUANT TO RULE 16.1(B)(2) S.D. FLA. L.R.**

**1) Likelihood of Settlement:**

>The likelihood is low, but the parties agree to continue to discuss settlement.

**2) Likelihood of Appearance of Additional Parties:**

The parties do not anticipate the appearance of additional parties.

**3) Proposed Time Limits to:**

**i. Join parties and amend pleadings:**

*December 4, 2009.*

**ii. File and hear motions**:

*December 14, 2009.* (Dispositive motions have already been filed).

**iii. Complete discovery**:

No discovery is required.

**4) Proposals for the formulation and simplification of the issues:**

None. The issues presented are straightforward – the award is either legal and therefore should be confirmed, or is illegal and should be vacated.

**5) Necessity of Amendments to the Pleadings:**

The parties do not anticipate the need to amend the pleadings.

**6) Possibility of obtaining admissions of facts and of documents:**

The parties anticipate that they will be able to agree to most if not all material facts and documents.

**7) Suggestions for the avoidance of unnecessary proof and cumulative evidence:**

In light of the strong possibility that the parties will stipulate to the relevant facts and documents, none at this time.

**8) Referring matters to a magistrate judge or master:**

The parties do not agree to refer any matters to a magistrate judge or master.

**9) Preliminary estimate of time for trial:**

    Should the matter not be resolved on the pleadings, the parties estimate at most a 1 day trial.

**10) Requested date(s) for conference before trial, a final pretrial conference, and trial:**

    Pursuant to 9 U.S.C. § 6, the parties' pleadings are to be treated as motions. Should a trial be directed by the Court, the parties request a:

    Final pretrial Conference on or before January 15, 2010.

    Trial date on or before February 1, 2010.

**Any other information helpful to the Court:**

    None at this time.

Respectfully submitted this 23rd day of November, 2009,

| | |
|---|---|
| **s/Stuart A. Rosenfeldt** | **s/Noah Scott Warman** |
| Stuart A. Rosenfeldt | Noah Scott Warman |
| Florida Bar Number: 316113 | Florida Bar Number: 30960 |
| Attorney E-mail Address: | Attorney E-mail Address: |
| srosenfeldt@rra-law.com | nwarman@sugarmansusskind.com |
| Rothstein Rosenfeldt Adler | Sugarman & Susskind, P.A. |
| 401 E. Las Olas Boulevard | 100 Miracle Mile, Suite 300 |
| Las Olas City Centre Suite 1650 | Coral Gables, Florida 33134 |
| Fort Lauderdale , FL 33301 | Telephone: (305) 529-2801 |
| Tel. 954-522-3456 | Facsimile: (305) 447-8115 |
| Fax: 954-527-8663 | Attorneys for Respondent |
| Attorneys for Petitioner | |