UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Ft. Lauderdale Division

Case No. 09-61760-CIV-Zloch

HOLLYWOOD GREYHOUND TRACK, INC.,

    Applicant,

vs.

UNITE HERE LOCAL 355,

    Respondent.
_____/

**APPLICANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME OUT OF TIME TO REPLY TO RESPONDENT'S MEMORANDUM IN OPPOSITION TO APPLICANT'S MOTION TO PARTIALLY VACATE ARBITRATION AWARD <u>AND INCORPORATED MEMORANDUM OF LAW</u>**

    Applicant, HOLLYWOOD GREYHOUND TRACK, INC. d/b/a MARDI GRAS GAMING ("MARDI GRAS"), files this, its Unopposed Motion for Enlargement of Time Out of Time to Reply to Respondent's Memorandum in Opposition to Applicant's Motion to Partially Vacate Arbitration Award and Incorporated Memorandum of Law, and states as follows:

    1.    On November 4, 2009, Applicant filed its Motion to Partially Vacate Arbitration Award seeking to vacate portions of an arbitration award issued on August 6, 2009 and regarding the enforceability of a Memorandum of Agreement between Applicant, an employer and Respondent, a labor organization.

    2.    On November 10, 2009, Respondent filed its Response to Motion to Vacate Arbitration Award and Counter-Motion to Confirm Arbitration Award [D.E. 4] as well as a Memorandum in Opposition to Motion to Vacate Arbitration Award [D.E. 5].

1

3.	Due to the dissolution of the firm that is counsel to Applicant and the resulting departure of attorneys as well as computer and other technological difficulties the firm has been experiencing after a Receiver was appointed to manage the affairs of the firm, Applicant requires an enlargement of time to file its reply.  Additionally, the novelty and complexity of the issues of law presented in this matter have further prompted Applicant to seek additional time to file its reply.

4.	Accordingly, Applicant respectfully requests a ten (10) day enlargement of time from the deadline of November 23, 2009, within which to file a reply to Respondent's Memorandum in Opposition to Applicant's Motion to Vacate Arbitration Award.

5.	No party will be prejudiced by the granting of this Motion.

6.	Applicant will be prejudiced if this Motion is denied, in that it will be deprived of the ability to fully and completely reply to Respondent's Memorandum Opposition to Applicant's Motion to Vacate Arbitration Award.

7.	This Motion is not being filed for any dilatory purposes.

8.	Applicant, in compliance with Local Rule 7.1(A)(3), S.D. Fla., contacted Counsel for Respondent on November 22, 2008.  Respondent does not oppose the granting of this Motion.

**WHEREFORE,** Applicant, HOLLYWOOD GREYHOUND TRACK, INC. d/b/a MARDI GRAS GAMING, respectfully requests that this Court grant Applicant's Motion for a ten day enlargement of time out of time to file its Reply to Respondent's Memorandum in Opposition to Applicant's Motion to Partially Vacate Arbitration Award.

2

ROTHSTEIN ROSENFELDT ADLER
Las Olas City Centre, Suite 1650, 401 East Las Olas Boulevard, Fort Lauderdale, Florida 33301

**MEMORANDUM OF LAW**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, this Court "for cause shown may at any time in its discretion" enlarge the time permitted by the Rules for the parties to respond to certain pleadings.  Applicant's Motion clearly sets forth a good faith basis for granting this enlargement.  Applicant is not engaging in any type of delay tactic that would warrant denial of this Motion. Applicant respectfully requests that the Court exercise its discretion and permit the requested enlargement for the good cause stated herein.

Dated:  November  24 , 2008.

        Respectfully submitted,

        **ROTHSTEIN ROSENFELDT ADLER**

        Attorneys for Defendant
        401 East Las Olas Blvd. Ste. 1650
        Fort Lauderdale, FL 33301
        Tel: 954-522-3456
        Fax: 954-527-8663
        Email: mpancier@rra-law.com

              /s/ Shawn L. Birken, Esq.
        STUART A. ROSFENFELDT,  ESQ.
        FBN:  316113
        SHAWN L. BIRKEN, ESQ.
        FBN:  418765

3

ROTHSTEIN ROSENFELDT ADLER
Las Olas City Centre, Suite 1650, 401 East Las Olas Boulevard, Fort Lauderdale, Florida 33301

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 24, 2008 a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Those who are not users or authorized to receive notice of this motion shall receive copies via U.S. Mail.

                                        **ROTHSTEIN ROSENFELDT ADLER**
                                        Attorneys for Defendant
                                        401 East Las Olas Blvd. Ste. 1650
                                        Fort Lauderdale, FL 33301
                                        Tel: 954-522-3456
                                        Fax: 954-527-8663
                                        Email: bstrohsahl@rra-law.com

                                        _____/s/ Shawn L. Birken, Esq._____
                                        STUART A. ROSFENFELDT, ESQ.
                                        FBN:  316113
                                        SHAWN L. BIRKEN, ESQ.
                                        FBN:  418765

4

ROTHSTEIN ROSENFELDT ADLER
Las Olas City Centre, Suite 1650, 401 East Las Olas Boulevard, Fort Lauderdale, Florida 33301

**SERVICE LIST**

Robert A. Sugarman, Esq.
Noah Scott Warman, Esq.
**Sugarman & Susskind, P.A.**
100 Miracle Mile
Suite 300
Coral Gables, FL 33134
Tel: (305) 529-2801
Fax: (305) 447-5118
Email: nwarman@sugarmansusskind.com
       sugarman@sugarmansusskind.com

Andrew J. Kahn
**Davis Cowell & Bowe**
595 Market St. #1400
San Francisco, CA 94105
Tel: (415) 597-7200
Fax: (415) 597-7201
Email: ajk@dcbsf.com
**Attorneys for UNITE HERE LOCAL 355**

Stuart A. Rosenfeldt, Esq.
Shawn L. Birken, Esq.
**ROTHSTEIN ROSENFELDT ADLER**
Attorneys for Mardi Gras
401 East Las Olas Blvd. Ste. 1650
Fort Lauderdale, FL 33301
Tel: 954-522-3456
Fax: 954-527-8663
Email: srosenfeldt@rra-law.com

H:\swrdocs\08-19600\Motion.Enlargement.Respond.Compel.Arbitration.2.doc