UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-61760-CIV-ZLOCH/ROSENBAUM

HOLLYWOOD GREYHOUND TRACK, INC.,

    Applicant,

v.

UNITE HERE LOCAL 355,

    Respondent.
_____/

**JOINT MOTION TO WITHDRAW**
**CASE FROM MEDIATION**

    Applicant Hollywood Greyhound Track, Inc., and Respondent UNITE HERE Local 355, pursuant to S.D. Fla. L.R. 16.2(D)(4), hereby jointly move to withdraw this case from compulsory mediation for the reasons set forth below:

    1.    Hollywood Greyhound Track, Inc., filed the instant action to vacate an arbitration award, alleging that the enforcement of the award would violate Section 302 of the Labor-Management Relations Act, 29 U.S.C. § 186.

    2.    Local 355 in turn has filed a counterclaim seeking the confirmation of that arbitration award.

    3.    The parties do not dispute any material facts.  Resolution of this dispute hinges entirely on an issue of law – whether the enforcement of the award would or would not violate federal labor law.  There is no middle ground or compromise position; enforcement of the award is either lawful or not.

4. Both parties believe that the matter is ripe for resolution as a matter of law on the pleadings and that mediation will not serve the interests of economy or judicial efficiency.

WHEREFORE, for the foregoing reasons, the parties jointly request an order withdrawing this case from mediation.

Submitted this 7th day of January, 2010,

| | |
|---|---|
| **s/Peter Louis Sampo** | **s/Noah Scott Warman** |
| Peter Louis Sampo | Noah Scott Warman |
| Florida Bar Number: 773440 | Florida Bar Number: 30960 |
| Attorney E-mail Address: | Attorney E-mail Address: |
| psampo@anblaw.com | nwarman@sugarmansusskind.com |
| Allen Norton & Blue | Sugarman & Susskind, P.A. |
| Attorneys for Applicant | Attorneys for Respondent |
| 121 Majorca Avenue, Suite 300 | 100 Miracle Mile, Suite 300 |
| Coral Gables, Florida  33134 | Coral Gables, Florida  33134 |
| Tel.: (305) 445-7801 | Tel.: (305) 529-2801 |
| Fax: (305) 442-1578 | Fax: (305) 447-8115 |

**CERTIFICATE OF SERVICE**

I hereby certify that on Thursday, January 7, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**s/Noah Scott Warman**

**SERVICE LIST**

**CASE NO. 09-61760-CIV-ZLOCH/ROSENBAUM**

Robert Louis Norton
Allen Norton & Blue
121 Majorca Avenue
Suite 300
Coral Gables, FL 33134
305-445-7801
442-1578 (fax)
rnorton@anblaw.com
Attorney for Hollywood Greyhound Track, Inc.

Peter Louis Sampo
Allen Norton & Blue
121 Majorca Avenue
Suite 300
Coral Gables, FL 33134
305-445-7801
442-1578 (fax)
psampo@anblaw.com
Attorney for Mardi Gras
Attorney for Hollywood Greyhound Track, Inc.